UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKIE WALKER<br><br>    Plaintiff,<br><br>    v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>    Defendant. | No.  2:16-cv-01794 TLN GGH<br><br><br>ORDER |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that:

Plaintiff's request to proceed in forma pauperis (ECF No. 7), is GRANTED.

Dated: October 5, 2016

                          /s/ Gregory G. Hollows
                     UNITED STATES MAGISTRATE JUDGE