UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKIE WALKER, | No. 2:16-cv-1794 TLN GGH PS |
| Plaintiff, | |
| v. | ORDER |
| SPECIALIZED LOAN SERVICING, LLC, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On June 13, 2017, defendant filed a Motion to Dismiss. ECF No. 14. Plaintiff has not responded to the motion.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of July 20, 2017 is vacated, and will be reset, if at all, after plaintiff complies with paragraph 2, and

1

2. Plaintiff shall inform the court in writing, served on defendant, about the reasons he failed to file an opposition no later than July 31, 2017; Plaintiff shall also file an opposition – or a Statement of Non-Opposition – to the motion, served on defendant, no later than July 31, 2017.  Failure to file the statement of reasons or an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: July 17, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE